**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CENTRAL AMERICAN RESOURCE CENTER, et al., | ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 20-2363 (RBW) |
| v. | ) ) | |
| UR JADDOU,[1] in her official capacity as Director of U.S. Citizenship and Immigration Services, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

Upon consideration of the parties' Joint Motion to Stay Proceedings, it is hereby

**ORDERED** that the parties' Joint Motion to Stay Proceedings, ECF No. 48, is

**GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** to the extent that

the parties request that this case not proceed until the Court holds a status conference in

November.  The motion is **DENIED** in all other respects.  It is further

**ORDERED** that the status conference currently scheduled for September 30, 2021, is

**CONTINUED** to November 5, 2021, at 9:30 a.m.  The parties shall appear before the Court via

teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213)

followed by the pound key (#).  It is further

**ORDERED** that the Defendants' Motion to Dismiss Plaintiffs' Complaint, ECF No. 30,

is **DENIED WITHOUT PREJUDICE**.  It is further

---

[1] Ur Jaddou is the current Director of U.S. Citizenship and Immigration Services, and she is therefore substituted for Kenneth Cuccinelli as the proper party defendant pursuant to Federal Rule of Civil Procedure 25(d).

**ORDERED** that the Defendants' Motion for Relief from the Requirements of Local Civil Rule 7(n), ECF No. 31, is **DENIED WITHOUT PREJUDICE**.[2]

**SO ORDERED** this 24th day of September, 2021.

REGGIE B. WALTON
United States District Judge

---

[2] In the event that proceedings in this case resume and the defendants elect to pursue their motions as originally filed, they shall so advise the Court and the motions will be reinstated.

2